UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Melissa Thomas

    Debtor(s)

Case No. 14 B 38405

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/23/2014.

2) The plan was confirmed on 03/19/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/05/2015, 06/13/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/26/2016.

5) The case was Dismissed on 07/26/2017.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $31,461.72 |
| Less amount refunded to debtor | $1,469.08 |

**NET RECEIPTS:** $29,992.64

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,210.72 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,210.72

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate South Suburban Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 510.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| Bank of America | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 650.00 | 392.08 | 392.08 | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 8,000.00 | 8,759.17 | 8,759.17 | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 663.00 | 663.43 | 663.43 | 0.00 | 0.00 |
| Cavalry SPV I, LLC | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | 0.00 | 480.00 | 480.00 | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | 0.00 | 513.47 | 513.47 | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | 0.00 | 634.77 | 634.77 | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | 0.00 | 899.10 | 899.10 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 600.00 | 870.40 | 870.40 | 0.00 | 0.00 |
| City of North Riverside | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 500.00 | 564.25 | 564.25 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 106,281.00 | 107,895.19 | 107,895.19 | 0.00 | 0.00 |
| DS Waters OF America INC | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| First Premier BANK | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| First Premier BANK | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| GCCS | Unsecured | 1,019.00 | NA | NA | 0.00 | 0.00 |
| Ginnys | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| Hilco Rec | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Homeatfive | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| IC Systems Inc. | Unsecured | 3,978.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 1,131.50 | 1,131.50 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 0.00 | 3,017.44 | 3,017.44 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 10,000.00 | 11,028.10 | 11,028.10 | 9,106.65 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 467.51 | 467.51 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Kohls/Capone | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| MABT/Contfin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MABT/Contfin | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,080.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Assoc | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 1,303.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems, Inc | Unsecured | 1,893.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 500.00 | 855.97 | 855.97 | 0.00 | 0.00 |
| Olympia Fields Hospital | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PayDay One | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 650.60 | 650.60 | 0.00 | 0.00 |
| Prestige Financial Services | Secured | 15,753.00 | 16,258.25 | 16,258.25 | 13,638.04 | 1,108.55 |
| Quantum3 Group | Unsecured | 678.00 | 728.89 | 728.89 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 245.28 | 245.28 | 0.00 | 0.00 |
| QVC | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 667.00 | 667.88 | 667.88 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Robert J. Semrad & Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLM Financial CORP | Unsecured | 2,953.00 | NA | NA | 0.00 | 0.00 |
| Solomon Financial | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Spark Energy | Unsecured | 615.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| TD Bank USA NA | Unsecured | 457.00 | 457.40 | 457.40 | 0.00 | 0.00 |
| THE Diamond Center | Secured | 1,310.00 | NA | 200.00 | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Village Of Matteson | Secured | 850.00 | 0.00 | 850.00 | 850.00 | 78.68 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,258.25 | $13,638.04 | $1,108.55 |
| All Other Secured | $1,050.00 | $850.00 | $78.68 |
| **TOTAL SECURED:** | **$17,308.25** | **$14,488.04** | **$1,187.23** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,028.10 | $9,106.65 | $0.00 |
| **TOTAL PRIORITY**: | **$11,028.10** | **$9,106.65** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$130,904.33** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,210.72 |
| Disbursements to Creditors | $24,781.92 |
| **TOTAL DISBURSEMENTS** : | **$29,992.64** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/05/2018                    By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**